**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STACY S. ABRAM, IV**                                                                      **PETITIONER**

**VS.**                           **CASE NO.: 3:13CV00212 DPM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**                                  **RESPONDENT**

## ORDER

Petitioner Stacy S. Abram, IV, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. (docket entry #2)  He also filed a motion to proceed *in forma pauperis*, but his motion does not comply with statutory requirements.  28 U.S.C. § 1915(a)(2).  If he wishes to proceed with this case, Mr. Abram must file a request to proceed *in forma pauperis* with a certificate that meets those requirements or pay the $5.00 filing fee to the Court within thirty days of entry of this Order.  Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

It appears from the petition that Mr. Abram is not in state custody.[1]  This Court can entertain a petition for writ of habeas corpus only on behalf of persons who are in custody based on a state court judgment.  28 U.S.C. § 2254(a).  Mr. Abram must amend his petition to verify that he is currently in custody because of a state court judgment.  He must amend his petition within thirty days from the entry of this Order.

---

[1] Mr. Abram alleges that he is in custody, but it appears from the addresses and allegations in the petition itself that he is not actually in custody, but rather faces future custody.

DATED this 30th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE