IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STACY S. ABRAM, IV                                                            PETITIONER

v.                                    No. 3:13-cv-212-DPM

MIKE ALLEN, Sheriff, Crittenden County,
Arkansas; STATE OF ARKANSAS;
and RAY HOBBS, Director, Arkansas
Department of Correction                                                    RESPONDENTS

## JUDGMENT

Abram's petition for a writ of habeas corpus is dismissed with prejudice. His emergency petition is dismissed with prejudice on the no-jurisdiction and voluntariness points, *see* № 11, and otherwise dismissed without prejudice. A certificate of appealability will issue on the jurisdictional defect. The point is novel. If the Court is mistaken about the limitation bar, then Abram has made a substantial showing that his constitutional rights were violated when the circuit court sentenced him in February 2012, and in the related revocation proceedings in 2013 and 2014. 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003).

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014