IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STACY S. ABRAM, IV                                                              PETITIONER

v.                             No. 3:13-cv-212-DPM

MIKE ALLEN, Sheriff, Crittenden County,
Arkansas; STATE OF ARKANSAS;
and RAY HOBBS, Director, Arkansas
Department of Correction                                                       RESPONDENTS

ORDER

Motion for reconsideration, № 13, denied. Abram hasn't established any proper basis for Rule 60(b) relief from this Court's recent final Order and related Judgment. № 11 & 12. Abram's new claims and allegations are beyond the scope of his petition as amended. № 2 & 10. They are, therefore, not properly before the Court on a post-judgment motion.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2014